# JANUARY TERM, 1875.

---

## The People v. Nevin Nugent.

*Criminal cases: Practice: Noticing for hearing: Notice to the clerk.* Criminal cases not in readiness to be noticed for hearing for the first day of term may, under rule 25, be noticed for any day during the first two weeks of the term, and where so noticed will, on motion, be placed on the docket for such term. The provision of rule 28, requiring notice to the clerk six days before the first day of term, does not apply to such cases.

*Heard and decided January 5.*

Exceptions from Wayne Circuit.

Motion to place cause on the docket.

*Henry M. Cheever*, for the motion, made a showing that the cause was not in condition for noticing for hearing for the first day of term, but was now ready to be noticed, and that the attorney general made no objection to its going upon the docket; and he cited rule 25.

THE COURT held that criminal cases not in condition to be noticed for hearing for the first day of term may, under rule 25, be noticed for any day during the first two weeks of term, and that where so noticed they will, on motion, be placed on the docket for such term; and that the provision of rule 28, requiring notice to the clerk six days before the first day of term, does not apply to such cases.

Motion granted.